UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1    DEIDRA LUCAS,

        Defendant.
_____/

Case:2:09-cr-20605
Judge: Zatkoff, Lawrence P
MJ: Komives, Paul J
Filed: 12-15-2009 At 04:54 PM
INDI: USA V. DEIDRA LUCAS (KB)

VIOLATIONS:
    Embezzlement of Union Assets
    29 U.S.C. § 501(c)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(29 U.S.C. § 501(c) – Embezzlement of Union Assets)

D-1    DEIDRA LUCAS

From on or about January 31, 2005, to on or about March 23, 2006, in the Eastern District of Michigan, DEIDRA LUCAS, Defendant herein, while acting as President of American Federation of State, County and Municipal Employees (AFSCME) Local 100, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use, the moneys, funds, securities, property or other assets of said labor

organization by making unauthorized cash withdrawals from the union's checking and savings accounts, in the approximate amount of Five Thousand Two Hundred Eighty Three and 20/100 Dollars ($5,283.20).

All in violation of Title 29, United States Code, Section 501(c).

## COUNT TWO
### (29 U.S.C. § 501(c) – Embezzlement of Union Assets)

D-1   DEIDRA LUCAS

From on or about December 21, 2004, to on or about June 2007, in the Eastern District of Michigan, DEIDRA LUCAS, Defendant herein, while acting as President of American Federation of State, County and Municipal Employees (AFSCME) Local 100, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use, the moneys, funds, securities, property or other assets of said labor organization by falsely claiming and receiving unauthorized dues reimbursement payments and officer stipend payments from the union, in the approximate amount of One Thousand Five Hundred Fifty Dollars ($1,550.00)

All in violation of Title 29, United States Code, Section 501(c).

## COUNT THREE
### (29 U.S.C. § 501(c) – Embezzlement of Union Assets)

D-1    DEIDRA LUCAS

From on or about December 21, 2004, to on or about July 17, 2007, in the Eastern District of Michigan, DEIDRA LUCAS, Defendant herein, while acting as President of American Federation of State, County and Municipal Employees (AFSCME) Local 100, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use, the moneys, funds, securities, property or other assets of said labor organization by falsely claiming and receiving unauthorized lost time payments from the union, in the approximate amount of Twenty Four Thousand Three Hundred Fifty One and 50/100 Dollars ($24,351.50)

All in violation of Title 29, United States Code, Section 501(c).

## COUNT FOUR
### (29 U.S.C. § 501(c) – Embezzlement of Union Assets)

D-1    DEIDRA LUCAS

From on or about December 21, 2004, to on or about May 24, 2007, in the Eastern District of Michigan, DEIDRA LUCAS, Defendant herein, while acting as President of American Federation of State, County and Municipal Employees (AFSCME) Local 100, a labor organization engaged in an industry affecting interstate commerce, did engage in an

ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use, the moneys, funds, securities, property or other assets of said labor organization by falsely claiming and receiving unauthorized petty cash reimbursement from the union, in the approximate amount of Eight Thousand Two Hundred Nineteen and 02/100 Dollars ($8,219.02)

All in violation of Title 29, United States Code, Section 501(c).

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

TERRENCE BERG
United States Attorney

s/James M. Wouczyna
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

DATED: December 15, 2009

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:09-cr-20605<br>Judge: Zatkoff, Lawrence P<br>MJ: Komives, Paul J |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

**Reassignment/Recusal Information** This matter was op~~~~ ~~ ~~~ ~~~~ prior to August 15, 2008  [Yes]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ■ No | AUSA's Initials: _(signature)_ |

Case Title: USA v. D-1 DEIDRA LUCAS

County where offense occurred: Oakland

Check One:     ■ Felony          ☐ Misdemeanor          ☐ Petty

  √  Indictment — no prior complaint.
 ____ Indictment based upon prior complaint [Case number:          ]
 ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____     Judge: _____
  ☐  Original case was terminated; no additional charges or defendants.
  ☐  Corrects errors; no additional charges or defendants.
  ☐  Involves, for plea purposes, different charges or adds counts.
  ☐  Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 15, 2009
Date

_(signature)_
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09